**E-Filed 7/29/2010**

1
2
3
4
5

IRA P. ROTHKEN, SBN 160029
ROTHKEN LAW FIRM
3 Hamilton Landing, Ste 280
Novato, CA  94949
Telephone: (415) 924-4250
Facsimile:  (415) 924-2905
Email: ira@techfirm.com

6
7
8

Attorneys for Interested Party and
Plaintiff in Related Case,
STEVE TIETZE

9
10
11
12
13

WILLIAM ALTER KERSHAW
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95864
Tel: 916-448-9800
Fax: 916-669-4499
Email: wkershaw@kcrlegal.com

PENELOPE ATHENE PREOVOLOS
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: 415-268-7187
Fax: 415-268-7522
Email: ppreovolos@mofo.com

14
15

Attorneys for Plaintiffs
MICHAEL JAMES GOODLICK, et al.

Attorneys for Defendant
APPLE, INC.

16
17

[Additional Joining Plaintiffs' Counsel on
Signature Pages]

18
19
20
21

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

22
23
24
25
26
27
28

| | |
|---|---|
| MICHAEL JAMES GOODLICK, et al.<br><br>                    Plaintiffs,<br>v.<br>APPLE, INC. and AT&T CORP.<br>                    Defendants. | Case No:  5:10-cv-02862-RMW<br><br>JOINT STIPULATION EXTENDING<br>TIME TO RESPOND TO COMPLAINTS<br> [proposed] ORDER |

| | |
|---|---|
| 1 ALAN BENVENISTY, | Case No: 5:10-cv-02885-JW |
| Plaintiff, | |
| 2 v. | |
| APPLE, INC., | |
| 3 Defendant. | |
| 4 CHRISTOPHER DYDYK, | Case No: 5:10-cv-02897-JW |
| Plaintiff, | |
| 5 v. | |
| 6 APPLE, INC. and AT&T, INC., | |
| Defendants. | |
| 7 JEFFREY ROGERS, | Case No: 5:10-cv-02916-JF |
| Plaintiff, | |
| 8 | |
| v. | |
| 9 APPLE, INC., | |
| 10 Defendant. | |
| 11 STEVE TIETZE, | Case No: 5:10-cv-02929-JF |
| Plaintiff, | |
| 12 vs. | |
| 13 APPLE, INC., | |
| Defendant. | |
| 14 | |
| 15 CHARLES PASANO, | Case No: 5:10-cv-03010-PVT |
| Plaintiffs, | |
| 16 v. | |
| 17 APPLE, INC. and AT&T | |
| Defendants. | |
| 18 A. TODD MAYO | Case No: 5:10-cv-03017-PVT |
| Plaintiffs, | |
| 19 v. | |
| 20 APPLE, INC. | |
| Defendants. | |
| 21 GREG AGUILERA, II | Case No: 3:10-cv-03056-SI |
| Plaintiff, | |
| 22 | |
| v. | |
| 23 APPLE, INC. and AT&T CORP. | |
| 24 Defendants. | |

25

26        WHEREAS, Plaintiffs in the eight above-captioned cases located in the

27 Northern District of California are in the process of relating the proposed

28

nationwide class actions brought on behalf of all "iPhone 4" users alleging, among other things, design defects and loss of service, and to relate those cases in the Northern District of California under Civil L.R. 3-12 before the Hon. Ronald M. Whyte;

WHEREAS, an extension is necessary to give time for the pending motion to relate the cases before Judge Whyte to be decided;[1]

WHEREAS, Defendant Apple Inc. ("Apple") has been served at various times in the various actions with various due dates for responsive pleadings;

WHEREAS, Plaintiffs and Apple have agreed that the deadline for any and all responsive pleadings currently due should have one due date and thus be extended up through and including Monday, August 30, 2010;

NOW THEREFORE, Plaintiffs and Apple, through their counsel of record, stipulate to the following:

IT IS HEREBY STIPULATED that, Defendants' responsive pleadings to the complaints (or amended complaints, as applicable) in the above-captioned cases shall be extended up through and including Monday, August 30, 2010.

IT IS SO STIPULATED:

---

[1] Multiple MDL motions have been filed and are pending, some of which request that all nationwide cases be transferred to the Northern District of California.

JOINT STIPULATION EXTENDING TIME TO           - 3 -
RESPOND TO COMPLAINTS

*DATED:  July 22, 2010*          KERSHAW CUTTER & RATINOFF LLP

By:_____/s/_____
William Alter Kershaw
Attorneys for Plaintiffs
MICHAEL JAMES GOODLICK, TREVOR
ANTUNEZ, JACLYN BADOLATO, BRYAN
COLVER, VINNY CURBELO, JOSHUA
GILSON, JESSICA LARES, BRANDON
ELLISON REININGER, JAYWILL SANDS,
NICOLE STANKOVITZ and KAREN YOUNG

KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95864
Tel: 916-448-9800
Fax: 916-669-4499
Email: wkershaw@kcrlegal.com

*DATED:  July 22, 2010*          GARDY & NOTIS, LLP

By:_____/s/_____
Jennifer Sarnelli
Attorneys for Plaintiff
ALAN BENVENISTY

GARDY & NOTIS, LLP
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
201.567.7377 phone
201.567.7337 fax
jsarnelli@gardylaw.com

JOINT STIPULATION EXTENDING TIME TO          - 4 -
RESPOND TO COMPLAINTS

1

*DATED:  July 22, 2010*                     MASON LLP

2
                                            By: _____/s/_____
3
                                            Gary E. Mason
                                            Attorney for Plaintiff
4                                           CHRISTOPHER DYDYK

5
                                            MASON LLP
6                                           1625 Massachusetts Avenue, N.W., Suite 605
                                            Washington, DC 20036
7                                           Tel: 202-429-2290
                                            Fax: 202-429-2294
8                                           Email: gmason@masonlawdc.com

9   *DATED:  July 22, 2010*                 SHUBLAW LLC

10
                                            By: _____/s/_____
11                                          Jonathan Shub
                                            Attorney for Plaintiff
12                                          JEFFREY RODGERS

13

14                                          SHUBLAW LLC
                                            1818 Market Street, 13th Floor
15                                          Philadelphia, PA 19106
                                            Tel: 610-453-6551
16                                          Fax: 215-569-1606
                                            Email: jshub@shublaw.com
17
18  *DATED:  July 22, 2010*                 ROTHKEN LAW FIRM

19
                                            By: _____/s/_____
20                                          IRA P. ROTHKEN
                                            Attorneys for Plaintiff
21                                          STEVE TIETZE

22
                                            ROTHKEN LAW FIRM
23                                          3 Hamilton Landing, Ste 280
                                            Novato, CA  94949
24                                          Telephone: (415) 924-4250
                                            Facsimile:  (415) 924-2905
25                                          ira@techfirm.com
26

27

28
    JOINT STIPULATION EXTENDING TIME TO        - 5 -
    RESPOND TO COMPLAINTS

*DATED:  July 22, 2010*        FARUQI & FARUQI LLP

By:_____/s/_____
Vahn Alexander
Attorneys for Plaintiff
CHARLES PASANO

FARUQI & FARUQI LLP
1901 Avenue of the Stars
Second Floor
Los Angeles, CA 90067
Tel: (310) 461-1426
Fax: (310) 461-1427
Email: valexander@faruqilaw.com

*DATED:  July 22, 2010*        SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

By:_____/s/_____
Rosemary Farrales Luzon
Attorneys for Plaintiff
A. TODD MAYO

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Tel: (619) 235-2416
Fax: (619) 234-7334
Email: rluzon@sfmslaw.com

*DATED:  July 22, 2010*          WEXLER WALLACE LLP

                                 By:_____/s/_____
                                 Mark John Tamblyn
                                 Ian James Barlow
                                 Neha Duggal
                                 Attorneys for Plaintiff
                                 GREG AGUILERA, II

                                 WEXLER WALLACE LLP
                                 455 Capitol Mall, Suite 231
                                 Sacramento, CA 95814
                                 Tel: (916) 492-1100
                                 Fax: (916) 492-1124
                                 Email: mjt@wexlerwallace.com
                                 Email: ijb@wexlerwallace.com
                                 Email: tl@wexlerwallace.com

*DATED:  July 22, 2010*          MORRISON & FOERSTER LLP

                                 By:_____/s/_____
                                 Penelope Athene Preovolos
                                 Attorneys for Defendant
                                 APPLE, INC.

                                 MORRISON & FOERSTER LLP
                                 425 Market Street
                                 San Francisco, CA 94105
                                 Tel: 415-268-7187
                                 Fax: 415-268-7522
                                 Email: ppreovolos@mofo.com

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: July 23, 2010

_____
Ira P. Rothken

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED: _____7/29/2010_____        _____

4                                                    DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION EXTENDING TIME TO        - 8 -
RESPOND TO COMPLAINTS